UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH PIRETTI, ) | |
| ) | CASE NO. 06-cv-00348 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. aka ) | |
| RISK MANAGEMENT ALTERNATIVES, ) | |
| INC. ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David Israel to represent defendant, NCO Financial Systems, Inc., improperly identified as NCO Financial Systems, Inc. a/k/a Risk Management Alternatives, Inc. (hereinafter "NCO"), in this matter.

Signed: *Miranda Clifton*

Miranda D. Clifton, Esq. (#4081)
HECKLER & FRABIZZIO
800 Delaware Ave., Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
Telephone: (302) 573-4800
mclifton@hfddel.com

Attorney for defendant.

Dated: 6/8, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED RPO HACE VICE

Pursuant to Local Rule 83.5, I certify that I am eligible to admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DAVID ISRAEL

DATE: 5/26/06

SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Ste. 1240
Metairie, LA  70002-1752
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

Refer to: PI06-16725
Document No. 293878

## IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| DEBORAH PIRETTI, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 2006-05-147 |
| NCO FINANCIAL SYSTEMS, INC. a/k/a RISK MANAGEMENT ALTERNATIVES, INC. | ) NON-ARBITRATION |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Miranda D. Clifton, Esquire, hereby certify that on the 8th day of June 2006 two true and correct copies of the Motion and Order for Admission Pro Hac Vice of David Israel were forwarded to the individual listed below via first class mail:

Deborah Piretti
316 Springhill Avenue
Wilmington, DE 19809

HECKLER & FRABIZZIO

*Miranda Clifton*

MIRANDA D. CLIFTON, I.D. #4081
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: June 8, 2006