**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 17, 2006

Ms. Deborah Piretti
316 Springhill Avenue
Wilmington, DE 19809

Miranda D. Clifton, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

　　　　　　　Re:  Piretti v. NCO Financial Systems Inc.;
　　　　　　　     Civ. No. 06-348-SLR

Dear Ms. Piretti and Ms. Clifton:

　　　Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.2. On or before **July 19, 2006,** please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

　　　　　　　　　　　　　　Cordially,

　　　　　　　　　　　　　　SUE L. ROBINSON

SLR/rd

Enclosure

cc:  Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH PIRETTI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-348-SLR |
| | ) |
| NCO FINANCIAL SYSTEMS INC., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington this       day of July, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **August 21, 2006.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **October 20, 2006.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **November 20, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **December 5, 2006.** Reply briefs shall be filed on or before **December 12, 2006.**

_____<br>United States District Judge