File No.: PI06-16725
Document No.: 299657

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH PIRETTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-00348 UNA |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| a/k/a RISK MANAGEMENT | ) |
| ALTERNATIVES, INC. | ) |
| Defendant. | ) |

### NCO FINANCIAL SYSTEMS, INC.'S FIRST REQUEST
### FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

1. Copies of any documents pertaining to the accounts made subject of this lawsuit, specifically any documents pertaining to the American Express account.

**RESPONSE:**

2. Copies of any documents pertaining to or evidencing any communication with NCO, with respect to the accounts made subject of this lawsuit.

**RESPONSE:**

3. Any documents received by you from NCO or sent by you to NCO.

**RESPONSE:**

4. Any calendars, diaries, logs, notes, journals, or any other written or recorded summary of events maintained by you in any way relating to your dispute with NCO, or relating to the lawsuit.

**RESPONSE:**

5. Any written or recorded statements of any type in the possession of plaintiff or given by plaintiff to counsel, from any witness, or any individual, that in any way relates to your allegations in the Complaint.

**RESPONSE:**

6. Any documents identified or used in preparing responses to Interrogatories.

**RESPONSE:**

7. Any documents evidencing any payments on the account and/or debt made subject of the lawsuit.

**RESPONSE:**

8. Any and all dispute notices sent by you to NCO.

**RESPONSE:**

9. Any documents or taped recordings of conversations between plaintiffs and NCO.

**RESPONSE:**

10. Any documents pertaining to or evidencing damages sustained, as alleged in the Complaint.

**RESPONSE:**

                                     HECKLER & FRABIZZIO

                                     */s/ Miranda Clifton/*

                                     MIRANDA D. CLIFTON, I.D. #4081
                                     The Corporate Plaza
                                     800 Delaware Avenue, Suite 200
                                     P.O. Box 128
                                     Wilmington, DE 19899-0128

Date: June 26, 2006              Attorney for Defendant

File No.: PI06-16725
Document No.: 299662

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH PIRETTI, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  CASE NO. 1:06-cv-00348 UNA |
| NCO FINANCIAL SYSTEMS, INC. a/k/a RISK MANAGEMENT ALTERNATIVES, INC. Defendant. | ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that NCO Financial Systems, Inc.'s Interrogatories Directed to Plaintiff and NCO Financial Systems, Inc.'s First Request for Production of Documents Directed to Plaintiff were served via first class mail upon the following on June 26, 2006:

Deborah Piretti
316 Springhill Avenue
Wilmington, DE 19809

HECKLER & FRABIZZIO

*/s/ Miranda Clifton*
MIRANDA D. CLIFTON, I.D. #4081
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: June 26, 2006