Refer to: PI06-16725
Document No.303008

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH PIRETTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-00348 (SLR) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| a/k/a RISK MANAGEMENT | ) |
| ALTERNATIVES, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through undersigned counsel, that the above-captioned matter is hereby dismissed, with prejudice.

July 20, 2006

_____
DEBORAH PIRETTI

HECKLER & FRABIZZIO

_____
MIRANDA D. CLIFTON, I.D. #4081
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: July 20, 2006

SO ORDERED this _____ day of _____, 2006.

_____
J.